NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: ENTRESTO (SACUBITRIL/VALSARTAN)**

----------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**NANJING NORATECH PHARMACEUTICAL CO., LTD.,**
*Defendant-Appellee*

---

2023-2317, 2023-2319

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:20-md-02930-RGA and 1:23-cv-00401-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

Before LOURIE, TARANTO, and STOLL, *Circuit Judges*.

PER CURIAM.

**O R D E R**

2                  IN RE: ENTRESTO (SACUBITRIL/VALSARTAN)

Upon consideration of appellant's motion to stay the final judgment pending appeal, appellee's motion to dismiss, the parties' joint statement that if the invalidity judgment in Appeal No. 2023-2218 "is not affirmed," "the judgment in this case should be vacated and the case remanded for further proceedings," ECF No. 9 at 3, and this court's recent decisions and orders in Appeal No. 2023-2218 reversing the relevant aspect of the judgment and enjoining the defendants in that case from launching their generic drug until issuance of mandate in that appeal,

IT IS ORDERED THAT:

(1) The district court's judgment is vacated and the cases remanded to the district court for further proceedings.

(2) The district court's judgment is stayed until issuance of mandate in Appeal Nos. 2023-2317, 2023-2319.

(3) Any pending motion otherwise is denied.

(4) Each party shall bear its own costs.

FOR THE COURT

March 11, 2025
Date

Jarrett B. Perlow
Clerk of Court